EXHIBIT "1"
TO THE PLAINTIFF'S COMPLAINT

SUMMARY OF DEFENDANTS' IP ADDRESS DATA

**File Name:** Criminal.2016.720p.WEBRip.x264.AAC-ETRG
**File Hash:** SHA1: 92453EEE2E12CF8F793403C26005084D4BBA1563
**Film Title:** Criminal
**Plaintiff:** Criminal Productions, Inc.

| No | IP | Hit Date UTC | ISP | State | County |
|---|---|---|---|---|---|
| 1 | 70.170.121.104 | 2016-10-28 06:16:12 | Cox Com | Nevada | Clark County |
| 2 | 24.234.86.85 | 2016-10-29 00:00:00 | Cox Com | Nevada | Clark County |
| 3 | 72.193.204.56 | 2016-11-06 08:25:26 | Cox Com | Nevada | Clark County |
| 4 | 24.234.111.42 | 2016-11-11 02:46:45 | Cox Com | Nevada | Clark County |
| 5 | 70.173.70.110 | 2016-11-12 04:59:00 | Cox Com | Nevada | Clark County |
| 6 | 68.104.53.130 | 2016-11-18 06:02:49 | Cox Com | Nevada | Clark County |
| 7 | 68.108.2.151 | 2016-11-18 07:51:00 | Cox Com | Nevada | Clark County |