**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

CRIMINAL PRODUCTIONS INC.,

    Plaintiff,

v.

ASHLEY ELIGON. *et al.*,

    Defendants.

Case No. 2:16-cv-02689-RFB-VCF

**ORDER**

### I. Default Judgment

Before the Court for consideration is the Motion for Default Judgment (ECF No. 19). The Court previously entered a default against Defendants Jorge Garcia and Reuven Mamo. (ECF No. 15).

The Court has reviewed the factors for entry of a default judgment under Rule 55 and <u>Eitel v. McCool</u>, 782 F.2d 1470, 1471–72 (9th Cir. 1986) and finds, for the reasons stated in the Motion, that the requirements for entry of default judgments against the individual defendants named in the Motion is legally justified. The Motion for Default Judgment is granted.

### II. Permanent Injunction

The Court further finds, for the reasons stated in the Motion, that the imposition of a permanent injunction is also legally justified in this case. The Copyright Act vests district courts with power to grant permanent injunctions as they "deem reasonable." 17 U.S.C. § 502(a) ("Any court having jurisdiction of a civil action arising under this title may . . . grant temporary and final injunctions on such terms as it may deem reasonable to prevent or restrain infringement of a copyright."). The individual defendants Garcia and Mamo have not appeared in this action to contest the allegations of unlawful infringement. The Court thus finds the allegations as to these

individual defendants to be uncontested. Based upon these findings, a permanent injunction is warranted against these individual defendants.

### III. Conclusion

Accordingly,

**IT IS HEREBY ORDERED** that the Motion for Default Judgment (ECF No. 19) is GRANTED. The Clerk of Court shall enter judgment for the Plaintiff against defendants JORGE A. GARCIA and REUVEN MAMO.

**IT IS FURTHER ORDERED** that The Court hereby awards statutory damages to the Plaintiff against Defendant JORGE A. GARCIA in the amount of $15,000 pursuant to 17 U.S.C. § 504.

**IT IS FURTHER ORDERED** that JORGE A. GARCIA is **permanently enjoined** from directly or indirectly infringing Plaintiff's rights as to the motion picture "CRIMINAL", including without limitation using the Internet to reproduce, to distribute, to copy, or to publish "CRIMINAL", except pursuant to a lawful license from Plaintiff.

**IT IS FURTHER ORDERED** that The Court hereby awards statutory damages to the Plaintiff against Defendant REUVEN MAMO in the amount of $15,000 pursuant to 17 U.S.C. § 504.

**IT IS FURTHER ORDERED** that REUVEN MAMO is **permanently enjoined** from directly or indirectly infringing Plaintiff's rights as to the motion picture "CRIMINAL", including without limitation using the Internet to reproduce, to distribute, to copy, or to publish "CRIMINAL", except pursuant to a lawful license from Plaintiff.

**IT IS FURTHER ORDERED** that the Clerk of Court shall close this case as the case has been resolved against all defendants.

DATED this 31st day of March, 2018.

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**