# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Criminal Productions, Inc().

                Plaintiff,

v.

Ashley Eligon, et al

                Defendant.

**DEFAULT JUDGMENT IN A CIVIL CASE**

Case Number: 2:16-cv-02689-RFB-VCF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Default Judgment is entered in favor of Plaintiff Criminal Productions, Inc. and against Defendants Jorge A. Garcia and Reuven Mamo.

The Court awards statutory damages to the Plaintiff against Defendant Jorge A. Garcia in the amount of $15,000 pursuant to 17 U.S.C. § 504.

| | |
|---|---|
| 04/02/2018 | DEBRA K. KEMPI |
| Date | Clerk |
| | /s/ S. Denson |
| | Deputy Clerk |